[No. 48954-2-I.   Division One.   July 1, 2002.]

*In the Matter of the Marriage of* JON M. OLSON, *Respondent*, and GENEVA A. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-3-06210-6, Dale B. Ramerman, J., entered July 11, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49116-4-I.   Division One.   July 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL PASTORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08981-0, Philip G. Hubbard, Jr., J., entered August 31, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49157-1-I.   Division One.   July 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SOUPHAN SISAVATH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-02109-7, Julie Spector, J., entered July 17, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49233-1-I.   Division One.   July 1, 2002.]

JODEY MANN, ET AL., *Appellants*, v. GARY HOBBICK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-30580-0, Deborah D. Fleck, J., entered September 14, 2001. *Affirmed* by unpublished per curiam opinion.